No. 24-1461

# In the
# United States Court of Appeals
## For the Tenth Circuit

KIERSTEN VAN KIRK, *et al*,

*Plaintiffs – Appellants,*

ALYSSA SUGAI, *et al.*,

*Plaintiffs,*

and

UTAH STATE UNIVERSITY,

*Intervenor Plaintiff,*

v.

MOUNTAIN WEST CONFERENCE, *et al.*,

*Defendants – Appellees*

_____

Appeal from the United States District Court
for the District of Colorado, No. 1:24-cv-03155-SKC-MDB
The Honorable **S. Kato Crews**, Judge Presiding

## STIPULATION OF DISMISSAL

WILLIAM BOCK III
JUSTIN R. OLSON
KROGER GARDIS & REGAS, LLP
111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, IN 46204
TEL: (317) 692-9000

*Counsel for Appellants*

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), and the agreement of the parties, the undersigned hereby stipulate that the above appeal be dismissed with prejudice. Each party shall bear their own costs on appeal.

Respectfully submitted,

/s/ William Bock III
William Bock III, Atty. No. 14777-49
Justin R. Olson, Atty No. 31450-49
Kroger Gardis & Regas, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Tel: (317) 692-9000
Fax: (317) 264-6832
E-mail: wbock@kgrlaw.com
        jolson@kgrlaw.com

*Counsel for Appellants*

/s/ Bryan Heckenlively
Bryan Heckenlively
Jennifer L. Bryant
Helen E. White
Munger Tolles & Olson, LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
bryan.heckenlively@mto.com
Jennifer.Bryant@mto.com
helen.white@mto.com

*Counsel for Appellee Todd Kress and Defendants Board of Trustees of the California University System, Laura Alexander, Todd Kress, and Michelle McDonald Smith*

/s/ Wesley R. Powell
Wesley R. Powell
Matt D. Basil
Willkie Farr & Gallagher L.L.P.
787 Seventh Avenue
New York, NY 10019
wpowell@willkie.com
mbasil@willkie.com

Kyler K. Burgi
Chad D. Williams
Davis Graham & Stubbs L.L.P.
1550 17th Street, Suite 500
Denver, CO 80202
kyler.burgi@davisgraham.com
chad.williams@davisgraham.com

*Counsel for Appellees The Mountain West Conference and Gloria Nevarez*

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2025, I electronically filed the foregoing *Dismissal Agreement* with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *William Bock III*
William Bock III

KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-9000